## PRATT v. STATE.
### No. 26126.

Court of Criminal Appeals of Texas.
Dec. 17, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of beer in a dry area; the punishment, a fine of $200.

The record is before us without a statement of facts or bills of exception.

All the proceedings appear regular, and nothing being presented for our review, the judgment is affirmed.

## BENSON v. STATE.
### No. 26226.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway under the influence of intoxicating liquor. The punishment assessed is a fine of $75.

The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.